IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01013-MSK-BNB

KEVIN DONAHUE,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Withdraw Corey R. O'Neal as Counsel of Record** [docket no. 27, filed August 27, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Corey R. O'Neal is granted leave to withdraw from the representation of plaintiff and is to be removed from the electronic service.

DATED:  August 28, 2014