IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01013-MSK-NYW

KEVIN DONAHUE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims by Plaintiff Against Defendant (Motion) **(#52)** filed April 13, 2015. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and all claims brought or which could have been brought in this action by Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney's fees and costs.

DATED this 14th day of April, 2015.

                                        **BY THE COURT:**

                                        _Marcia S. Krieger_

                                        Marcia S. Krieger
                                        United States District Court